■ ROBERT DORSKIND et al., Respondents, v HAGEDORN COMMUNICATIONS CORPORATION et al., Appellants. — In an action to recover damages, *inter alia,* for fraud and breach of contract, defendants appeal from so much of an order of the Supreme Court, Nassau County (Smith, J.), entered March 27, 1981, as denied their motion (1) to dismiss the first cause of action alleging fraud, pursuant to CPLR 3211 (subd [a], par 7), and (2) to dismiss the entire complaint as against the individual defendants. ¶ Order affirmed insofar as appealed from, without costs or disbursements. ¶ The complaint states a cause of action for fraud. Lazer, J. P., Bracken, Rubin and Eiber, JJ., concur.

■ ESTATE OF RALPH T. FONTE, Deceased, by his Administrator, et al., Appellants, v CITY OF NEW YORK, Respondent. — In a proceeding pursuant to subdivision 5 of section 50-e of the General Municipal Law for leave to serve a late notice of claim, the petitioners appeal from (1) a judgment of the Supreme Court, Queens County (Lonschein, J.), dated February 17, 1983, which denied the application and (2) an order of the same court, dated June 31, 1983 [*sic*] which denied reargument. ¶ Appeal from the order dated June 31, 1983 [*sic*], dismissed, without costs or disbursements. No appeal lies from an order denying reargument. ¶ Judgment dated February 17, 1983, affirmed, without costs or disbursements. No opinion. Mangano, J. P., Thompson, O'Connor and Boyers, JJ., concur.